11089574
68.05
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Curtis L. Southwick
Heidi J. Southwick

DOCKET #: 05-92310

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Checks issued not cashed 90 dys

$68.05 P/C 44  Northeast Verizon Wireless
AFN Verizon Wireless
404 Brock Drive
Bloomington, IL 61701

FILED MAR 24 2010
BANKRUPTCY COURT
BUFFALO, N.Y.